[No. 70843-1-I.   Division One.   December 22, 2014.]

SEATTLE-TACOMA INTERNATIONAL TAXI ASSOCIATION, *Appellant*, v.
GURUNHAM SINGH KOCHAR ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 11-2-20419-7, Carol A. Schapira, J., entered
August 12, 2013. *Affirmed* by unpublished opinion per Cox,
J., concurred in by Lau and Leach, JJ.

[No. 70918-6-I.   Division One.   December 22, 2014.]

DENISE E. FERRY, *Respondent*, v. ROBERT L. EVANS, *Appellant*,
ALLISON SHERMAN EVANS, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 13-2-17190-2, Jim Rogers, J., entered Septem-
ber 17, 2013. *Affirmed* by unpublished opinion per Appel-
wick, J., concurred in by Schindler and Leach, JJ.

[No. 70955-1-I.   Division One.   December 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PATRICK
BLACKMON, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 12-1-00219-8, Michael T. Downes, J.,
entered September 10, 2013. *Affirmed in part* and *re-
manded* by unpublished opinion per Lau, J., concurred in by
Cox and Leach, JJ.

[No. 71025-7-I.   Division One.   December 22, 2014.]

SUSAN R. KOPP, *Respondent*, v. THE EMPLOYMENT SECURITY
DEPARTMENT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 12-2-41053-4, Carol A. Schapira, J., entered
September 6, 2013. *Reversed* by unpublished opinion per
Cox, J., concurred in by Lau and Leach, JJ.